**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFERSON MORLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 03-2545 (RJL) |
| v. | ) |
| | ) |
| UNITED STATES CENTRAL | ) |
| INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT
(March **30**, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [# 88] is GRANTED, and it is further

**ORDERED** that plaintiff's Renewed Cross-Motion for Summary Judgment [# 95] is DENIED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1